```
BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,          v. ORACIO CORONEL PAYAN,     Defendant. | No. 2:12-mj-00158-CKD ORDER VACATING BENCH TRIAL AND SETTING CHANGE OF PLEA Date:   July 16, 2012 Time:   9:30 a.m. Judge:  Hon. Carolyn K. Delaney |

It is hereby ordered that the bench trial set for July 16, 2012, is vacated and a change of plea is set for July 19, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 5, 2012                    /s/ Carolyn K. Delaney
                                       HON. CAROLYN K. DELANEY
                                       United States Magistrate Judge